# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROGER ROPER | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-00854-ALM-AGD |
| | § | |
| COMMISSIONER, SSA | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 24, 2026, the Report of the Magistrate Judge, (Dkt. #19), was entered containing proposed findings of fact and recommendation that the Commissioner's decision be affirmed.

Having received the Report of the United States Magistrate Judge (Dkt. #19), and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Commissioner's decision is **AFFIRMED**.

It is finally **ORDERED** that any request for relief not previously granted is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**SIGNED this 21st day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE